AMENDED

**Fill in this information to identify the case:**

Debtor name    Waldon Enterprises, LLC

United States Bankruptcy Court for the:    District of Maryland

                                                     (State)

Case number (If known):    23-15289

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..........................................................................    $ _____ 99,873.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................    $ _____ 99,873.05

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................    $ _____ 353,434.13

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.............................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................    +$ _____ 716,732.29

4. **Total liabilities** ................................................................................................................    $ _____ 1,070,166.42
    Lines 2 + 3a + 3b

AMENDED

**Fill in this information to identify the case:**

Debtor name ___Waldon Enterprises, LLC___

United States Bankruptcy Court for the: ___District of Maryland___

Case number (If known): ___23-15289___

☑ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ravi and Heidi Waldon 1641 Eton Way Crofton, MD, 21114 | | Monies Loaned / Advanced | | | | 112,500.00 |
| 2 | NEST Fragrances 477 Madison Ave, 24th Floor New York, NY, 10022 | | Suppliers or Vendors | | | | 97,939.95 |
| 3 | CFT Clear Finance Technology Corp. 1200-33 Yonge Street Toronto, Ontario, M5E1G4 | | Unsecured Loan Repayments | | | | 78,000.00 |
| 4 | Forward Financing 53 State St., 20th Floor Boston, MA, 02109 | | Unsecured Loan Repayments | | | | 77,044.31 |
| 5 | American Express c/o Becket and Lee LLP P.O. Box 3001 Malvern, PA, 19355-0701 | | Credit Card Debt | | | | 67,182.63 |
| 6 | Paypal Capital c/o Weltman, Weinberg & Reis, Co. 5000 Bradenton Avenue, Suite 100 Dublin, OH, 43017 | | Unsecured Loan Repayments | | | | 52,000.00 |
| 7 | Quickbooks Capital c/o Executive Financial Enterprises, Inc. 1465 Tamarind Ave, Box 680 Los Angeles, CA, 90028 | | Unsecured Loan Repayments | | | | 43,725.01 |
| 8 | Fundbox, Inc. c/o Becket and Lee LLP P.O. Box 3001 Malvern, PA, 19355-0701 | | Monies Loaned / Advanced | | | | 31,572.19 |

AMENDED

| Debtor | Waldon Enterprises, LLC | | Case number *(if known)* | 23-15289 |
|--------|-------------------------|--|--------------------------|----------|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Creative Co-op, Inc. P.O. Box 751500 Memphis, TN, 38175 | | Monies Loaned / Advanced | | | | 29,403.16 |
| 10 | UPS c/o Executive Financial Enterprises, Inc. 1465 Tamarind Ave, Box 680 Hollywood, CA, 90028 | | Shipping/Supplies | | | | 28,893.00 |
| 11 | Illume PO Box 74008740 Chicago, IL, 60674-8740 | | Unsecured Loan Repayments | | | | 28,000.00 |
| 12 | Capital One N.A. by American Infosource as agent 4515 N Santa Fe Ave Oklahoma City, OK, 73118 | | Credit Card Debt | | | | 18,434.22 |
| 13 | Maison Berger Lampe Berger USA, Inc 168 Fifth Avenue, Suite #301 New York, NY, 10010 | | Suppliers or Vendors | | | | 11,532.72 |
| 14 | Faultless DBA Trapp Candles 1009 W. 8th St. Kansas City, MO, 64101 | | Suppliers or Vendors | | | | 10,013.00 |
| 15 | LAFCO NY 23 E. 4th St., 7th Floor New York, NY, 10003 | | Suppliers or Vendors | | | | 9,842.69 |
| 16 | Desirepath Mississippi, LLC DBA Curio 629 Ninth Street SE Minneapolis, MN, 55414 | | Suppliers or Vendors | | | | 6,425.30 |
| 17 | Truist Bank, Support Services P.O. Box 85092 Richmond, VA, 23286 | | Monies Loaned / Advanced | | | | 4,024.40 |
| 18 | Council, Baradel, Kosmerl & Nolan, P.A. Attorneys at Law 125 West Street, 4th Floor Annapolis, MD, 21401 | | Services | | | | 2,440.00 |
| 19 | Uline 12575 Uline Drive Pleasant Prairie, WI, 53158 | | Suppliers or Vendors | | | | 2,006.34 |
| 20 | Capital One N.A. by American Infosource as agent 4515 N Santa Fe Ave Oklahoma City, OK, 73118 | | Credit Card Debt | | | | 1,999.29 |

AMENDED

---

**Fill in this information to identify the case:**

Debtor name ___Waldon Enterprises, LLC___

United States Bankruptcy Court for the: ___District of Maryland___

Case number (If known): ___23-15289___

☑ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 200.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank | Checking | 4  9  8  9 | $ 20,207.70 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**     $ 20,407.70

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Commercial Lease Security Deposit - ACP East, LLC | $ 8,461.45 |
| 7.2. | | $ |

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number (*if known*) | 23-15289 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ 8,461.45

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  10,203.90 − 0.00 = ........➔ $ 10,203.90
face amount / doubtful or uncollectible accounts

11b. Over 90 days old:  1,900.00 − 1,900.00 = ........➔ $ 0.00
face amount / doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 10,203.90

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

---

Debtor    Waldon Enterprises, LLC
_____
Name

Case number (if known) 23-15289
_____

---

| **Part 5:** | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Wholesale Inventory | 07/25/2023 <br> MM / DD / YYYY | $ _____ | Debtor's Opinion of Liqu | 10,000.00 <br> $ _____ |
| **20. Work in progress** <br> _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** <br> Retail Inventory | 07/25/2023 <br> MM / DD / YYYY | $ _____ | Debtor's Opinion of Liqu | 40,000.00 <br> $ _____ |
| **22. Other inventory or supplies** <br> Consignment Inventory (to be valued by Debtor) | MM / DD / YYYY | $ _____ | _____ | Unknown <br> $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 50,000.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* | 23-15289 |
|---|---|---|---|
| | Name | | |

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture**<br>Pallet Racking, Tables, Melters, Computers | $_____ | Debtor | $ 8,000.00 |
| **40.  Office fixtures** | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 8,000.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

Debtor    Waldon Enterprises, LLC
         _____
         Name

Case number (*if known*)  23-15289
                          _____

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2 Forklifts | $_____ | Debtor | $ 2,800.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
UV InkJet Printer/Rev 360 - Leased (value = approx. $70,000 and little to no equity)

| | | | |
|---|---|---|---|
| | $_____ | Debtor | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,800.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* 23-15289 |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2003 Commerce Park Drive, Suite A and B Annapolis, MD 21401 | Leasehold | $_____ | n/a | Unknown $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** annapoliscandle.com; candlesoffmain.com | $_____ | _____ | Unknown $_____ |
| **62. Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** Email and Mailing Lists | $_____ | _____ | Unknown $_____ |
| **64. Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| **65. Goodwill** _____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

AMENDED

| Debtor | Waldon Enterprises, LLC | | Case number *(if known)* | 23-15289 |
|---|---|---|---|---|
| | Name | | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   $_____
                                   Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____          $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____          $_____

Nature of claim          _____

Amount requested          $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____          $_____

Nature of claim          _____

Amount requested          $_____

**76. Trusts, equitable or future interests in property**

_____          $_____

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

Goodwill                    $ Unknown

_____          $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

AMENDED

Debtor  Waldon Enterprises, LLC
Name

23-15289

Case number (if known)

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20,407.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,461.45 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,203.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 99,873.05 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................  99,873.05 ............................  $ 99,873.05

---

AMENDED

**Fill in this information to identify the case:**

Debtor name      Waldon Enterprises, LLC

United States Bankruptcy Court for the:   District of Maryland

Case number (If known):   23-15289

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Ascentium Capital LLC Dept #3059

Describe debtor's property that is subject to a lien
UV InkJet Printer/Rev 360

$ 87,639.56 | $ Undetermined

Creditor's mailing address
POB 11407
Birmingham, AL 35246-3059

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
GFE Holdings

Describe debtor's property that is subject to a lien
Cash in Debtor's possession., Accounts Receivable, annapoliscandle.com; candlesoffmain.com, Email and Mailing Lists, Commercial Lease Security Deposit - ACP East, LLC, Pallet Racking, Tables, Melters, Computers, 2 Forklifts, Goodwill, Retail Inventory, Wholesale Inventory

$7,382.71 | $99,873.05

Creditor's mailing address
32 Leveroni Court
Novato, CA 94949

Creditor's email address, if known

Describe the lien
UCC Lien

Date debt was incurred   06/22/2022

Last 4 digits of account number    5650

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.

ODK Capital, LLC, 2nd; GFE Holdings, 5th; GFE Holdings, 6th

    ☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 353,434.13

AMENDED

Debtor __Waldon Enterprises, LLC_____
        Name

Case number _(if known)_ 23-15289

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
GFE Holdings

_____

**Creditor's mailing address**

32 Leveroni Court
Novato, CA 94949

**Creditor's email address, if known**

_____

**Date debt was incurred** 06/22/2022
**Last 4 digits of account number** 5396

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  
  ┌──────────────────────────┐
  │                          │
  └──────────────────────────┘
  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Cash in Debtor's possession., Accounts Receivable, annapoliscandle.com; candlesoffmain.com, Email and Mailing Lists, Commercial Lease Security Deposit - ACP East, LLC, Pallet Racking, Tables, Melters, Computers, 2 Forklifts, Goodwill, Retail Inventory, Wholesale Inventory

$36,945.19      $99,873.05

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
ODK Capital, LLC

_____

**Creditor's mailing address**

1400 Broadway
New York, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 6736

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  
  ┌──────────────────────────┐
  │                          │
  └──────────────────────────┘
  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Cash in Debtor's possession., Accounts Receivable, annapoliscandle.com; candlesoffmain.com, Email and Mailing Lists, Commercial Lease Security Deposit - ACP East, LLC, Pallet Racking, Tables, Melters, Computers, 2 Forklifts, Goodwill, Retail Inventory, Wholesale Inventory

$63,910.00      $99,873.05

**Describe the lien**
Agreement you made, UCC Lien (Expired P

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* | 23-15289 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Ouiby, Inc. dba Kickfurther

Creditor's mailing address

24th Floor
Seneca 1 Tower, Buffalo, NY 14202

Creditor's email address, if known

Date debt was incurred    05/05/2021
Last 4 digits of account number    4499

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Consignment Inventory (to be valued by Debtor)

$57,389.62    $Unknown

**Describe the lien**

UCC Llen

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6** Creditor's name
Square Financial Services, Inc.

Creditor's mailing address

31 East Millrock Drive
Suite 160, Salt Lake City, UT 84121

Creditor's email address, if known

Date debt was incurred    11/24/2021
Last 4 digits of account number    4H32

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

Cash in Debtor's possession., Accounts Receivable, annapoliscandle.com; candlesoffmain.com, Email and Mailing Lists, Pallet Racking, Tables, Melters, Computers, 2 Forklifts, Goodwill, Retail Inventory, Wholesale Inventory

$47,320.00    $91,411.60

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | Waldon Enterprises, LLC | | Case number *(if known)* 23-15289 |
|--------|------------------------|--|-----------------------------------|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**
Truist Bank

**Creditor's mailing address**

Truist, Support Services

P.O. Box 85092, 306-40-06-10, Richmond,

**Creditor's email address, if known**

**Date debt was incurred** 07/1/2018
**Last 4 digits of account number** 9803

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Cash in Debtor's possession., Accounts Receivable, annapoliscandle.com; candlesoffmain.com, Email and Mailing Lists, Pallet Racking, Tables, Melters, Computers, 2 Forklifts, Goodwill, Retail Inventory, Wholesale Inventory

$52,847.05 | $91,411.60

**Describe the lien**

Agreement you made, UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____ | $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

Debtor   Waldon Enterprises, LLC
_____
Name

Case number *(if known)*  23-15289
_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ODK Capital, LLC<br>Suite 200<br>4700 W. Daybreak Parkway<br>South Jordan, UT, 84009 | Line 2. _4_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

Debtor __Waldon Enterprises, LLC__

United States Bankruptcy Court for the: __District of Maryland__

Case number __23-15289__
(if known)

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Waldon Enterprises, LLC | Case number (if known) 23-15289 |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA, 19355-0701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 67,182.63**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    2003

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Apotheke
459 Van Brunt Street Space 16
Brooklyn, NY, 11231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

**$ 1,705.00**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Bridgewater Candle Company, LLC
951 S Pine Street
Spartanburg, SC, 29302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

**$ 541.33**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    6784

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Brown & Joseph, LLC
One Pierce Place, Suite 700 W
Itasca, IL, 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Travelers Insurance

**$ 836.25**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    0146

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Capital One N.A. by American Infosource as agent
4515 N Santa Fe Ave
Oklahoma City, OK, 73118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 18,434.22**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    4826

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Capital One N.A. by American Infosource as agent
4515 N Santa Fe Ave
Oklahoma City, OK, 73118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

**$ 1,999.29**

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    6376

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number (if known) 23-15289 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

CFT Clear Finance Technology Corp.
1200-33 Yonge Street
Toronto, Ontario, M5E1G4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78,000.00

**Basis for the claim:** Unsecured Loan Repayments

Date or dates debt was incurred _____

Last 4 digits of account number ___0008___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

Council, Baradel, Kosmerl & Nolan, P.A.
Attorneys at Law
125 West Street, 4th Floor
Annapolis, MD, 21401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,440.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number ___4134___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9 Nonpriority creditor's name and mailing address**

Creative Co-op, Inc.
P.O. Box 751500
Memphis, TN, 38175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29,403.16

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number ___4394___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

Desirepath Mississippi, LLC
DBA Curio
629 Ninth Street SE
Minneapolis, MN, 55414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,425.30

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred ___1/26/2023 - 3/22/2(___

Last 4 digits of account number ___2586___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**

Faultless DBA Trapp Candles
1009 W. 8th St.
Kansas City, MO, 64101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,013.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___5865___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**AMENDED**

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* 23-15289 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Forward Financing
53 State St., 20th Floor
Boston, MA, 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Loan Repayments

$ 77,044.31

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Fundbox, Inc.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA, 19355-0701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

$ 31,572.19

Date or dates debt was incurred  _____

Last 4 digits of account number  2905

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Illume
PO Box 74008740
Chicago, IL, 60674-8740

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Loan Repayments

$ 28,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  4394

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

K Hall Studios
Accounting Department
715 Hanley Industrial Court
Saint Louis, MO, 63144

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

LAFCO NY
23 E. 4th St., 7th Floor
New York, NY, 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 9,842.69

Date or dates debt was incurred  _____

Last 4 digits of account number  5699

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* 23-15289 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

Maison Berger
Lampe Berger USA, Inc
168 Fifth Avenue, Suite #301
New York, NY, 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11,532.72**

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.18** | **Nonpriority creditor's name and mailing address**

NEST Fragrances
477 Madison Ave, 24th Floor
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 97,939.95**

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __N401__

---

**3.19** | **Nonpriority creditor's name and mailing address**

Paypal Capital
c/o Weltman, Weinberg & Reis, Co.
5000 Bradenton Avenue, Suite 100
Dublin, OH, 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 52,000.00**

**Basis for the claim:** Unsecured Loan Repayments

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __3844__

---

**3.20** | **Nonpriority creditor's name and mailing address**

Quickbooks Capital
c/o Executive Financial Enterprises, Inc.
1465 Tamarind Ave, Box 680
Los Angeles, CA, 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 43,725.01**

**Basis for the claim:** Unsecured Loan Repayments

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __8821__

---

**3.21** | **Nonpriority creditor's name and mailing address**

Ravi and Heidi Waldon
1641 Eton Way
Crofton, MD, 21114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 112,500.00**

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  Waldon Enterprises, LLC
_____
Name

Case number *(if known)* 23-15289

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22** | **Nonpriority creditor's name and mailing address**

The Commercial Collection Corp. of NY, Inc.
34 Seymour St.
Tonawanda, NY, 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 671.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   7549

---

**3. 23** | **Nonpriority creditor's name and mailing address**

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA, 23286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 4,024.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   2497

---

**3. 24** | **Nonpriority creditor's name and mailing address**

Uline
12575 Uline Drive
Pleasant Prairie, WI, 53158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,006.34

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  3/6/2023 & 4/3/202

Last 4 digits of account number   8678

---

**3. 25** | **Nonpriority creditor's name and mailing address**

UPS
c/o Executive Financial Enterprises, Inc.
1465 Tamarind Ave, Box 680
Hollywood, CA, 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping/Supplies

$ 28,893.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   V4A2

---

**3. ___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   _____

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* 23-15289 |
|---|---|---|
| | Name | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Express<br>P.O. Box 1270<br>Newark, NJ, 07101-1270 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Intuit Financing Inc.<br>2700 Coast Avenue<br>Mountain View, CA, 94043 | Line 3.20<br>☐ Not listed. Explain | _____ |
| 4.3. | Nest New York LLC<br>PO Box 411008<br>Boston, MA, 02241-1008 | Line 3.18<br>☐ Not listed. Explain | N401 |
| 4.4. | The Receivable Management Services, LLC<br>P.O. Box 19646<br>Minneapolis, MN, 55419 | Line 3.25<br>☐ Not listed. Explain | V4A2 |
| 41. | Weltman, Weinberg & Reis Co., LPA<br>5000 Bradenton Avenue, Suite 100<br>Dublin, OH, 43017 | Line 3.20<br>☐ Not listed. Explain | 1360 |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

AMENDED

Debtor    Waldon Enterprises, LLC

Name

Case number *(if known)* 23-15289

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 716,732.29 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 716,732.29 |

AMENDED

**Fill in this information to identify the case:**

Debtor name  Waldon Enterprises, LLC

United States Bankruptcy Court for the:  District of Maryland

Case number (If known):  23-15289          Chapter  11

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Lessee | ACP East, LLC<br>John T. Farnum c/o Miles & Stockbridge, P.C.<br>1201 Pennsylvania Avenue, Suite 900<br>Washington, DC, 20004 |
| | State the term remaining | Present - December, 2026 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

AMENDED

---

**Fill in this information to identify the case:**

Debtor name _Waldon Enterprises, LLC_

United States Bankruptcy Court for the: _District of Maryland_

Case number (If known): _23-15289_

---

☑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Jennifer Waldon | 2800 Hambleton Road Riva, MD 21140 | Capital One N.A. by Amer | ☐ D ☑ E/F ☐ G |
| 2.2 Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | Ascentium Capital LLC De | ☐ D ☐ E/F ☐ G |
| 2.3 Jennifer Waldon | 2800 Hambleton Road Riva, MD 21140 | Ascentium Capital LLC De | ☑ D ☐ E/F ☐ G |
| 2.4 Jennifer D. Waldon | 2800 Hambleton Road Riva, MD 21140 | American Express | ☐ D ☑ E/F ☐ G |
| 2.5 Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | Truist Bank | ☑ D ☐ E/F ☐ G |
| 2.6 Jennifer Waldon | 2800 Hambleton Road Riva, MD 21140 | Truist Bank | ☑ D ☐ E/F ☐ G |

---

AMENDED

| Debtor | Waldon Enterprises, LLC | Case number *(if known)* 23-15289 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | Forward Financing | ☐ D ☑ E/F ☐ G |
| 2.8 | Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | GFE Holdings | ☑ D ☐ E/F ☐ G |
| 2.9 | Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | GFE Holdings | ☑ D ☐ E/F ☐ G |
| 2.10 | Jennifer Waldon | 2800 Hambleton Road Riva, MD 21140 | ODK Capital, LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | Michael Waldon | 2800 Hambleton Road Riva, MD 21140 | Quickbooks Capital | ☐ D ☑ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

AMENDED

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    Waldon Enterprises, LLC

United States Bankruptcy Court for the:   District of Maryland

Case number (*If known*):    23-15289

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑   Amended *Schedule* __A/B, D, E/F, G, H__

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __10/20/2023__      ✖ /s/ Michael Waldon
       MM / DD / YYYY       Signature of individual signing on behalf of debtor

                      Michael Waldon
                      Printed name

                      Managing Member
                      Position or relationship to debtor