IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In Re:<br>**Waldon Enterprises, LLC**<br><br>*Debtor(s)* | *<br>*<br>* Case No. 23-15289-DER<br>*<br>*<br>* Chapter 11, Subchapter V<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of March 2024, a copy of the Second Amended Chapter 11 Reorganization Plan, Projections, Ballots, and Second Scheduling Order were served by first class, postage prepaid to:

All creditors listed below were served via first class mail, postage prepaid to address provided on the Court's creditor matrix:

Class 3 Creditor
Truist Bank

Class 4 Creditor
Regions Bank d/b/a Ascentium Capital

Class 5 Creditor
ODK Capital, LLC
Square Financial
GFE Holdings
Ouiby, Inc.
Amex
Apotheke
Bridgewater Candle
Brown & Joseph LLC
Capital One
CFT Clear Finance
Council Baradel
Creative Co-op/Ilume
Desirepath
Faultless/Trapp
Forward Financing
Fundbox, Inc.
K Hall Studios
LAFCO NY
Maison Berger

Nest New York
Paypal Capital
Quickbooks Capital
Ravi&Heidi Waldon
Commercial Coll. NY
Regions/Ascentium
Truist Bank
Uline
UPS

      I hereby certify that on the 21st day of March 2024, a copy of the Second Amended Chapter 11 Reorganization Plan, Projections, and Second Scheduling Order were served by first class, postage prepaid to:

Via first class mail, postage prepaid to:

Hugh Bernstein
Office of the US Trustee- Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

ACP East LLC
John T. Farnum, Esquire
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004-2464

Via CM/ECF to:
23-15289 Notice will be electronically mailed to:

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Via email to:
Michael Waldon michael@candlesoffmain.com

Monique Desiree Almy malmy@crowell.com

Gregory Talbott gtalbott@strategictaxresolution.com


        /s/ Alon J. Nager, Esq.
        Alon J. Nager, #28551
        Nager Law Group, LLC
        10015 Old Columbia Road
        Suite B215
        Columbia, MD  21046
        443-701-9669
        Proposed Counsel for Debtor and
        Debtor-In-Possession