# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE:  **WALDON ENTERPRISES, LLC,** | * | Case No.: 23-15289-DER |
| | * | |
| Debtor. | * | Chapter 11 (Subchapter V) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TALLY OF BALLOTS

Debtor, Waldon Enterprises, LLC (the "Debtor"), by and through undersigned counsel, hereby submits the tally of ballots with respect to the Debtor's Second Amended Plan of Reorganization filed on March 21, 2024 (the "Second Amended Plan").

April 25, 2024                                                  Respectfully submitted,

                                                                /s/ Alon J. Nager, Esq.
                                                                Alon J. Nager, Esq.
                                                                Federal Bar No. 28551
                                                                NAGER LAW GROUP, LLC
                                                                10015 Old Columbia Rd.
                                                                Suite B215
                                                                Columbia, MD 21046
                                                                alon@nagerlaw.com
                                                                443-701-9669
                                                                443-701-9668 (fax)
                                                                *Attorney for the Debtor*

| In Re: WALDON ENTERPRISES, LLC | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION) | Case No. 23-15289-DER |

TALLY OF BALLOTS

| Creditor Class (#, Descrip) | Members Of Class Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value Accepting | # Rejecting | % Rejecting | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Class 1a- ACP East LLC – Cure of Pre-Petition Lease Arrears and Attorney's Fees[1] | 1/1 | $21,409.53 | 1 | 100% | $21,409.53 | 100% | 0 | 0% | $0 | 0% | Impaired |
| 2. Class 3 – Secured, Modified in Plan | 1/1 | $52,847.05 | 1 | 100% | $52,847.05 | 100% | 0 | 0% | $0 | 0% | Impaired |
| 3. Class 4 – Secured, Modified in Plan | 1/1 | $50,000 | 1 | 100% | $50,000 | 100% | 0 | 0% | $0 | 0% | Impaired |
| 4. Class 5 – Unsecured Claims | 8/30 | $320,322.40 | 7 | 87.5% | $262,932.78 | 82.08% | 1 | 12.5% | $57,389.62 | 17.92% | Impaired |

---

[1] The time for ACP East LLC to vote on or object to the Second Amended Plan [Dkt #85] was extended through and including April 25, 2024. A Third Amended Plan was filed on April 24, 2024 [Dkt. #92]. ACP East LLC voted in favor of the Third Amended Plan as it includes their cure payments. All other ballots received were concerning the Second Amended Plan.