**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| WALDON ENTERPRISES, LLC | * | |
| | * | Case No. 23-15289-DER |
| Debtor | * | Chapter 11 (Subchapter V) |
| | * | |

*********************************************************************************

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
DEBTOR'S THIRD AMENDED CHAPTER 11,
<u>SUBCHAPTER V PLAN OF REORGANIZATION</u>**

PLEASE TAKE NOTICE that on May 1, 2024, the United States Bankruptcy Court for the District of Maryland, Baltimore Division, entered an order [Docket No. 99] (the "<u>Confirmation Order</u>") confirming the Debtor's Third Amended Chapter 11, Subchapter V Plan of Reorganization (the "<u>Plan</u>") in the chapter 11 case of the above-captioned debtor (the "<u>Debtor</u>"). Copies of the Confirmation Order, the Plan, and related documents are available through Debtor's counsel, Alon J. Nager, Esq., Nager Law Group, LLC, 10015 Old Columbia Road, Suite B215, Columbia, MD 21046; (443) 701-9669.

PLEASE TAKE FURTHER NOTICE that all conditions precedent to the Effective Date of the Plan have been satisfied or waived. The Effective Date occurred at 12:01 a.m. on May 16, 2024.

Dated: May 16, 2024

/s/ Alon J. Nager
Alon J. Nager, Esq.
NAGER LAW GROUP, LLC
10015 Old Columbia Rd., Suite B215
Columbia, MD 21046
443-701-9669
443-701-9668 (fax)
alon@nagerlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of May 2024, copies of the foregoing Notice of Effective Date of Debtor's Chapter 11, Subchapter V Plan were sent electronically, via CM/ECF to:

**23-15289 Notice will be electronically mailed to:**

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Jessica Lynne Duvall jduvall@milesstockbridge.com,
lkirby@milesstockbridge.com

Alon Nager alon@nagerlaw.com,
1503@notices.nextchapterbk.com,
katherine@nagerlaw.com,
ecf@nagerlaw.com,
john@nagerlaw.com,
halima@nagerlaw.com,
holly@nagerlaw.com,
brittany@nagerlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

And first-class mail, postage prepaid to all parties listed on the attached Mailing Matrix.

/s/    Alon J. Nager, Esq.
Alon J. Nager, Esq. 28551